*NO summons issued yet* (JB)

**FILED SEP 27 2023**
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

John Lewis Guymon Jr
INTELLEDOC LLC
4439 W 6060 S
KEARNS, UT 84118
      Plaintiff

HON. KATHI VIDAL
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office
600 Dulany Street
Alexandria, VA 22314

Office of the General Counsel
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
      Defendant

Civil Action No. 1:23CV1302

## COVER SHEET

    Please accept the enclosed complaint for filing. This was also emailed to the Court on September 25, 2023 as e-filing was unavailable for pro se litigant.

Also enclosed is the *Ghostwriting Certification*.

.

*Fee Inclosed.*
*Money Order # 0324201265*
*$402.00*

Thank you,

John Lewis Guymon Jr
Patentee/ Applicant
801-633-9880

Mailed via USPS Priority Mail Express