Generated: Sep 27, 2023 4:25PM                                                                 Page 1/1



# U.S. District Court

## Virginia Eastern - Alexandria

Receipt Date: Sep 27, 2023 4:25PM

JOHN GUYMON JR

| Rcpt. No: 100003995 | | Trans. Date: Sep 27, 2023 4:25PM | | | Cashier ID: #JB |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #324201265 | 09/27/2023 | $402.00 |
| | | | Total Due Prior to Payment: | $402.00 |
| | | | Total Tendered: | $402.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

Comments: NEW CIVIL CASE FILING- CASE# 1;23CV1302

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.